USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 10, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Anne Bryant,

      Plaintiff,

  -against-

AB Droits Audiovisuels, et al.,

      Defendants.
------------------------------------------------------------X

**07 Civ. 06395 (PAC) (MHD)**
**ORDER OF REFERENCE TO**
**A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

_____ Specific Non-Dispositive Motion/Dispute:*
  _____

_____ Habeas Corpus

_____ Settlement:

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

_____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

================================================================================

Dated: New York, New York
    September 10, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge