UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Docket No:

**07-CV-6395 PAC; HBP**

BRYANT, *Plaintiff*, Pro Se

—*v*—

AB DROITS, *et al, Defendants*

AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE MOTION FOR A PRELIMINARY INJUNCTION TO DEFENDANT **SONY ATV** TO REMIT PAST DUE ROYALTY PAYMENTS TO PLAINTIFF ANNE BRYANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-5-17

Anne Bryant,
The Plaintiff *Pro Se*
2601 Jefferson Circle
Sarasota FL 34239
917.848.5203
<accessab@gmx.com>

Christopher M Strong
Gloria C Phares
*Attorneys for* SONY ATV (BMI)
HOFFMAN MARSHALL STRONG LLP
116 West 23rd Street
New York, NY 10011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANNE BRYANT

                                                                               14 Civ. 5764 ( LTS )

                                Plaintiff,

                                                    **ORDER TO SHOW CAUSE**

                - against -                              **FOR PRELIMINARY INJUNCTION**

COMMISSIONER OF                                 **AND TEMPORARY RESTRAINING**

SOCIAL SECURITY, et al                            **ORDER**

                                                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Upon the affidavits of ANNE BRYANT, plaintiff pro se _____, sworn to the _____ day of _____, _____, and upon the copy of the complaint hereto annexed, it is

        ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 14C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ ____, _____, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from continuing to withhold Music Publishing SONY ATV royalty payments in the amount of $3919.60 shown due and owing by SONY ATV to Composer Anne Bryant in a Financial Summary Statement for the Period January through June 2010 that have been held now for more than 5 years.

_____; and it is further

        ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from wihholding the payment from the Plaintiff, Anne Bryant.

_____

_____

_____; and it is further

        ORDERED that security in the amount of $___zero_____ be posted by the plaintiff prior to _____ ___, _____, at _____ o'clock in the ____noon of that day; and it is further

        ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the ____noon, _____ _____ ___, _____, shall be deemed good and sufficient service thereof.

DATED:   New York, New York

ISSUED:   _____M

_____

Hon. Paul A. Crotty, United States District Judge

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Docket No:

**07-CV-6395 PAC; HBP**

BRYANT, *Plaintiff*, Pro Se

—v—

AB DROITS, *et al, Defendants*

---

AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE MOTION FOR A PRELIMINARY INJUNCTION TO DEFENDANT **SONY ATV** TO REMIT PAST DUE ROYALTY PAYMENTS TO PLAINTIFF ANNE BRYANT

---

Anne Bryant,
The Plaintiff *Pro Se*
2601 Jefferson Circle
Sarasota FL 34239
917.848.5203
<accessab@gmx.com>

Christopher M Strong
Gloria C Phares
*Attorneys for* SONY ATV (BMI)
HOFFMAN MARSHALL STRONG LLP
116 West 23rd Street
New York, NY 10011

# AFFIDAVIT IN SUPPORT

*Parties*

1. I am the Plaintiff, Anne Bryant, a composer, proceeding Pro Se in the above-captioned action against the Defendant SONY ATV (BMI).

*Purpose of this Motion*

2. This Order to Show Cause Motion concerns the ordinary obligation of Defendant SONY ATV to account to and pay Music Publishing Royalties that it has withheld for more than 5 years from Anne Bryant at the request of its Business Affairs Department.

*Exhibits*

3. The correspondence attached is authentic; comprised of letters and emails that have been reprinted from my files, concerning (some of ) my attempts to address SONY ATV's unreasonable withholding of royalty payments from me.

*Relief Requested*

4. Defendant SONY ATV (BMI) must be Ordered by this Court to send the past due royalty payments to me.

Thank You.

Respectfully submitted, dated  3rd  January, 2016.

AFFIRMATION Under Penalty of Perjury:

In this Order to show Cause Motion for a Preliminary Injunction, I have been truthful; and in any matters alleged by information and belief, I believe them also to be true.

_____

Anne Bryant, Plaintiff-Appellant *(Pro Se)*
2601 Jefferson Circle
Sarasota FL 34239
<accessab@gmx.com>  917-848-5203

# CERTIFICATION

On the 3 day of January, 2017 Anne Bryant personally came before me and signed this Affidavit in support of the Order to show Cause Motion for a Preliminary Injunction.

[Notary seal: SEAN NOONAN, NOTARY, My Comm. Expires May 13, 2017, No. FF 17594, STATE OF FLORIDA]

_____
NOTARY PUBLIC OF FLORIDA

Sent to Pro Se Intake Unit via Fedex on ___1/3/2017___

*Correspondence*

**From:** GLORYVISION <gloryvision@mac.com>
**Subject:** **2010 statement for BRYANT, ANNE Client # 120133**
**Date:** November 21, 2013 9:36:23 AM EST
**To:** FTVstatementquestions@sonyatv.com
📎 1 Attachment, 72.5 KB  Save ▾

To whom it may concern at Sony ATV FTV royalty department:
I attach the advice that accompanied my royalty statement for the period January through June 2010 that was forwarded byHASBRO to my FORMER attorney, Patrick Monaghan on December 2010. I attach the advice (page 3) from that statement below.
The statement advises that Payment was held at the request of BUSINESS AFFAIRS.
I called Sony ATV last year to ask why my payments were being held. I was told that Sony ATV was suing a company calledTV-Loonland AG and that my payments were being held regarding the corporate litigation between your company and theGerman company, Loonland.
As this kind of (international) litigation may go on for a very long time, and I have waited for three years, I ask that you now send this 2010 royalty payment and any other royalty payments that you may have held to me DIRECTLY at my home address:
Anne Bryant2601 Jefferson CircleSarasota, FL 34239.
As I am held responsible to pay taxes on the entire amount of any distribution, please do not send my payments to my FORMER attorney or any attorney.
Thank you.
Sincerely,Anne Bryant



| | |
|---|---:|
| Payments | 0.00 |
| Advances | 0.00 |
| Other Charges | 0.00 |
| Adjustments | 0.00 |
| Domestic Earnings | 3,427.02 |
| Foreign Earnings | 492.58 |
| FT Earnings | 0.00 |
| Other Recoupment | 0.00 |
| Closing Balance before Crossing | 3,919.60 |
| Crossing Amount | (3,919.60) |
| Closing Balance | 0.00 |

**Payments Held due to the following reason(s):**
Business Affairs Request

**Company Statement Notes:**
Questions regarding this statement should be directed to Sony/ATV Music Publishing (615) 726-8328 or FTVstatementquestions@sonyatv.com.
Payments made by check are mailed separately.

ANNE BRYANT 2601 Jefferson Circle Sarasota FL 34239 annebryantmusic@mac.com

Anne Bryant, Chairman GLORYVISION, Ltd. gloryvision@mac.com

ANNE BRYANT

October 1, 2014

SONY Music Publishing
Business Affairs Department
8 Music Square West
Nashville, TN 37203
USA
—via— USPS Mail

Re:
Client # 120133 Bryant, Anne
Payee # 025530 TV-Loonland Ag
Financial Summary Statement for
Period January through June 2010
$3919.60 USD

To whom it may concern at Sony ATV Business Affairs,

Please find enclosed copy of the letter I wrote today concerning my royalty payments, which have been withheld by Sony ATV at your request for more than four years.

Thank you.

Sincerely,


Anne Bryant,

Composer



encl.

2601 JEFFERSON CIRCLE, SARASOTA FL, 34239 USA
P O BOX 418, STONY POINT NY, 10980 (SUMMER)
<ACCESSAB@GMX.COM>  <ABPRIVATE ACCESS@GMAIL.COM>
917.848.5203

3/63
Page 1 of 1

**Sony/ATV MUSIC PUBLISHING**

Client No.  120133 - Bryant, Anne
Payee No.   025530 - Tv-Loonland Ag
Muenchner Strasse 16
85774 Unterfoehring
Germany

**Financial Summary Statement**
For Period January through June 2010
USD

Sony Music Publishing Film & TV
8 Music Square West
Nashville, TN 37203
USA
Phone: 615-726-8300

| | |
|---|---:|
| Balance Forward | 0.00 |
| Payments | 0.00 |
| Advances | 0.00 |
| Other Charges | 0.00 |
| Adjustments | 0.00 |
| Domestic Earnings | 3,427.02 |
| Foreign Earnings | 492.58 |
| FT Earnings | 0.00 |
| Other Recoupment | 0.00 |
| Closing Balance before Crossing | 3,919.60 |
| Crossing Amount | (3,919.60) |
| Closing Balance | 0.00 |

**Payments Held due to the following reason(s):**
Business Affairs Request.

**Company Statement Notes:**
Questions regarding this statement should be directed to Sony/ATV Music Publishing (615) 726-8326 or FTVstatementquestions@sonyatv.com.
Payments made by check are mailed separately.

ANNE BRYANT

October 1, 2014

SONY Music Publishing Film & TV
8 Music Square West
Nashville, TN 37203
USA
—via— USPS Mail

Re:
Client # 120133 Bryant, Anne
Payee # 025530 TV-Loonland Ag
Financial Summary Statement for
Period January through June 2010
$3919.60 USD

To whom it may concern at Sony ATV,

    I am a composer who has been paid through your Administration of my songwriter catalogue from (roughly) 1996 through 2011. I wrote to you by email at <FTVQquestions@Sonyatv.com> on Nov. 21, 2013 about the statement cited above that you forwarded through HASBRO, in which you state that *the Payments are held at Business Affairs request*. I did not receive a reply to my inquiry (email enclosed).

    I have been the Plaintiff in a prolonged litigation with respect to music publishing and performance royalty issues between me and my former Publisher, Sunbow Productions, Inc. Sony was the "Indemnitor."

    It is unfair for Sony ATV to harass me by holding my funds. Please remit my royalty payments to me immediately at the address on this letterhead. Thank You.

Truly,

Anne Bryant

Encl.

cc: Sony ATV Business Affairs

2601 JEFFERSON CIRCLE, SARASOTA FL, 34239 USA
P O BOX 418, STONY POINT NY, 10980 (SUMMER)
<ACCESSAB@GMX.COM>  <ABPRIVATE ACCESS@GMAIL.COM>
917.848.5203

# ANNE BRYANT

January 3, 2017

PRO SE INTAKE UNIT– ROOM #200
UNITED STATES DISTRICT COURT– S.D.N.Y.
500 Pearl Street
New York, NY 10007
–via FEDEX–

> Regarding the matter of:
> Bryant v. AB DROITS, et al
> 07-Cv-6395 – PAC; HBP

Dear Pro Se Intake Unit Clerk,

I enclose the original signature copy of an ORDER TO SHOW CAUSE motion.

My understanding is that Order to Show Cause motions are not filed, but are to be provided to the Judge; and my understanding from (my call to) the Pro Se Intake Unit on 12/31/16 is that I should <u>not</u> send a copies of OTSC motions to the defendants. As I have never filed this type of motion before, I hope this is correct and that I have sent these two motions to the Court properly.

With all good wishes to you for a Happy New Year!

Sincerely,

*[signature: Anne Bryant]*

Anne Bryant, Plaintiff – *Pro Se*

cc: *Hon. Henry B. Pitman, USMJ*

2601 Jefferson Circle Sarasota Florida 34239   917.848.5203   <accessab@gmx.com>

# ANNE BRYANT

January 3, 2017

Hon. Henry B Pitman, USMJ
UNITED STATES DISTRICT COURT– S.D.N.Y.
500 Pearl Street
New York, NY 10007
–via FEDEX–

>                    Regarding the matter of:
>                    Bryant v. AB DROITS, et al
>                    07-Cv-6395 – PAC; HBP

Dear Judge Pitman,

I enclose a Safety Copy of an ORDER TO SHOW CAUSE motion. I have sent the original copy to the Pro Se Intake Unit. My understanding is that Order to Show Cause motions are not filed and are provided to you; and my understanding from the Pro Se Intake Unit is that I should not send a copies of OTSC motions to the defendants. As I have never filed this type of motion before, I hope this is correct and that I have sent these two motions to the Court properly.

With all good wishes to you for a Happy New Year!

Sincerely,

*Anne Bryant*

Anne Bryant, Plaintiff – *Pro Se*


cc: *Pro Se Intake Unit*

2601 Jefferson Circle Sarasota Florida 34239   917.848.5203   <accessab@gmx.com>

Please Provide to Hon. Henry B. Pitman, USMJ

Regarding the matter of:

Bryant v. AB DROITS, et al

07-CV-6395 – PAC; HBP

# ORDER TO SHOW CAUSE

# ANNE BRYANT –V–

# THE DEFENDANT SONY

# ATV



07-cv-C395
PAC; HBP
re: Sony ATV
07.sc.