```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ANNE BRYANT,                             :

                Plaintiff,   :   07 Civ. 6395 (PAC)(HBP)

  -against-                             :   ORDER

AB DROITS AUDIOVISUELS, et al.,          :

                Defendants.  :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       Plaintiff's application for an Order to Show Cause (Docket Item ("D.I.") 126) is denied. On September 30, 2011, the Honorable Sidney H. Stein, United States District Judge, issued an Order staying this matter pending the resolution of a parallel state court action which appears to raise the same issues. That state court action is still pending. Plaintiff has not sought relief from the stay, nor does her application for an Order to Show Cause address explain relief from the stay might be appro-

priate. Accordingly, her application is denied without prejudice to renewal if, as and when the stay is lifted.

Dated:  New York, New York
        January 19, 2017

                              SO ORDERED

                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

All Counsel

2