Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

March 6, 2017

David M. Jacobson
Attorney at Law
d 212.969.3638
f 212.969.2900
djacobson@proskauer.com
www.proskauer.com

The Honorable Henry Pitman
U.S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007-1312

Re: *Bryant v. AB Droits Audiovisuels, et al.*, 1:07-cv-06395 (PAC) (HBP)

Dear Judge Pitman:

      We write on behalf of the Hasbro Defendants[1] to join the Sunbow Defendants' request for a two-week extension (D.I. 141) on proposed supplemental briefing for the pending motions to dismiss. The Hasbro Defendants likewise request that their proposed supplemental briefing be due on March 24, 2017.

      Respectfully submitted,

/s/ David M. Jacobson

David M. Jacobson

Cc:    Ms. Anne Bryant  (by U.S. mail)

        Gloria C. Phares, Esq.
        Christopher Strong, Esq.
        Hoffman Marshall Strong LLP, *Counsel for Sunbow Defendants* (by ECF)

        Peter D. Raymond, Esq.
        Reed Smith LLP, *Counsel for Talent Partners Commercial Services* (by ECF)

---

[1] Ms. Bryant gave notice (D.I. 138) of her voluntary dismissal of two of the Hasbro Defendants (The Cartoon Network, Inc. and DW Studios LLC (formerly Dreamworks L.L.C. and Dreamworks Pictures), but the dismissals have not yet been entered.