USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANNE BRYANT,

                *Plaintiff*,

   -*against*-

AB DROITS AUDIOVISUALS, et al.,

               *Defendants*.

-----------------------------------------------------------X

07 Civ. 6395 (PAC) (HBP)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The Clerk of Court is directed to terminate *pro se* Plaintiff Anne Bryant's pending cross-motion for summary judgment against Defendants Hasbro Inc., Hasbro International Inc., and Paramount Pictures Corp., located at Docket 186. This motion is moot in light of the Court's order at Docket 193, approving Bryant's voluntary dismissal of these three Defendants without prejudice. The Clerk is also directed to terminate Bryant's pending motion at Docket 198, seeking to discontinue this action, as Bryant withdrew this motion via a notice at Docket 200.

Dated: New York, New York
       March 28, 2018

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Copies Mailed to:

Ms. Anne Bryant
2601 Jefferson Circle
Sarasota, FL 34239

Ms. Anne Bryant
P.O. Box 418
Stony Point, NY 10980